IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

ANTONIO DELANCE HOLT,
Escambia County Inmate #9802838961,
FDOC Inmate No. P17560,
    Plaintiff,

vs.                                             Case No.: 3:18cv2153/LAC/EMT

ESCAMBIA COUNTY JAIL, et al.,
    Defendants.
_____/

## **O R D E R**

      This cause comes on for consideration upon the chief magistrate judge's Report and Recommendation dated January 4, 2019 (ECF No. 7). Plaintiff has been furnished a copy of the Report and Recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a <u>de novo</u> determination of the timely filed objections.

      Having considered the Report and Recommendation, and the objections thereto, I have determined that the Report and Recommendation should be adopted.

      Accordingly, it is now **ORDERED** as follows:

      1.    The chief magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

2. This case is **DISMISSED WITHOUT PREJUDICE** as malicious, pursuant to 28 U.S.C. § 1915A(b)(1);

3. The clerk will enter judgment accordingly and close this case.

**DONE AND ORDERED** this 4th day of February, 2019.

*s/L.A. Collier*
**LACEY A. COLLIER**
**SENIOR UNITED STATES DISTRICT JUDGE**